FARNSWORTH COMPANY *vs.* INHABITANTS OF LISBON.

*Constitutional Law. Taxes. Towns.*

The statutes, assuming to delegate to towns the power of determining whether or not certain manufacturing corporations therein shall be exempted from taxation, are unconstitutional and void.

ON FACTS AGREED.

The town of Lisbon, at a legal meeting, holden March 7, 1864, voted to exempt the plaintiff corporation, by name, from taxation, for the term of ten years, agreeably to the provisions of the act approved April 1, 1859, c. 91 ; but in 1869 the assessors of Lisbon assessed a tax of $1404.20 upon the property of the plaintiffs, which they paid under duress and protest, and then brought this suit for its recovery, submitting the question of the legality of its imposition to this court, upon a report of the facts.

*Asa P. Moore* and *A. A. Strout,* for the plaintiffs.

*Frye, Cotton & White,* for the defendants.

RESCRIPT.

Judgment for defendants, upon the ground that the statute authorizing towns to exempt manufacturing corporations from taxation is unconstitutional and void, as this court recently decided in Brewer Brick Company against the Inhabitants of Brewer, *ante,* 62, to which the parties and their counsel are referred, for a more full statement of the grounds and reasons on which the decision is based.